UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24725-BLOOM/Louis

KENNETH DEL SIGNORE,

    Plaintiff,

v.

METROPOLITAN LIFE INS. CO.,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** is before the Court upon the Unopposed Motion to Withdraw Counsel Nick A. Ortiz's and Katelyn L. Hauser's Appearance for Plaintiff Kenneth Del Signore, ECF No. [25] ("Motion"). The Court has considered the Motion, the record in this case, the applicable law, and is otherwise fully advised.

On April 20, 2020, the Court entered an Order administratively closing the case based upon the Joint Notice of Settlement and Request for Administrative Closure, ECF No. [22]. On May 28, 2020, the parties jointly moved to reopen the case because "while the Parties believed that they had reached a settlement in principal, the Parties have subsequently learned that there was no meeting of the minds regarding material terms of a settlement agreement." ECF No. [23] at 2. The Court granted in part the parties' joint motion by reopening the case and reinstating all unexpired deadlines. *See* ECF No. [24]. Currently, discovery is scheduled to be completed by June 30, 2020, all pre-trial motions, including dispositive motions, are due by July 22, 2020, and trial is scheduled for October 26, 2020. ECF Nos. [9]; [24].

With the case's posture in square view, the Motion requests that Plaintiff's counsel be permitted to withdraw as counsel because of "professional considerations." ECF No. [25] at 1. It

is entirely unclear what that means or how this proposed grounds supposedly constitutes good cause to withdraw as counsel. Although Defendant's counsel has no apparent objection to the withdrawal, the Motion simply notes that Plaintiff at some unstated time "received notice" about the withdrawal. It is, thus, unknown whether Plaintiff even consented to the proposed withdrawal. Notably, with the discovery period ending in less than 30 days and with no basis for the Court to infer that Plaintiff has secured alternative counsel or that he seeks to proceed *pro se*, granting a withdrawal will prejudice Plaintiff. Thus, the Motion is substantively unwarranted.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [25]**, is **DENIED**

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 1, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record